Opinion issued June 24, 2010


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-09-00761-CV

———————————

MASON
FARADAY STOKES, Appellant

V.

LILLI ANNETTE STOKES, Appellee



 



 

On Appeal from the 312th District Court

Harris County, Texas



Trial Court Case No. 2008-59329

 



 

MEMORANDUM OPINION

          Appellant, Mason Faraday Stokes, has
failed to timely file a brief.  See Tex. R. App. P. 38.8(a) (failure
of appellant to file a brief).  After
being notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex.
R. App. P.
42.3(b) (allowing involuntary dismissal of case).

          We
dismiss the appeal for want of
prosecution for failure to timely file a brief.

PER CURIAM

Panel
consists of Justices Jennings, Alcala, and Massengale.